# Court of Appeals
# of the State of Georgia

ATLANTA, August 02, 2021

*The Court of Appeals hereby passes the following order*

**A21D0411. WESTDALE BRENTWOOD DOWNS, GA, LLC, et al. v. DEBORAH SPEARMAN.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

19C06270



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, August 02, 2021.

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.